1300. SPERLING *v.* FIRST NATIONAL BANK OF WAYNESBORO.

POWELL, J. 1. The evidence authorized the verdict.
2. None of the assignments of error as to rulings upon the admission of testimony are sufficient in form to present any question for adjudication.

*Judgment affirmed.*

Complaint, from city court of Waynesboro—H. J. Fullbright, judge pro hac vice. May 29, 1908.

Submitted October 29,—Decided November 10, 1908.

*Lawson & Scales,* for plaintiff in error.